IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WARREN M. CROSS,

      Appellant,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

v.

CASE NO. 1D15-1913

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed March 16, 2016.

An appeal from the Circuit Court for Escambia County.
Terry D. Terrell, Judge.

Richard T. Hill, Pensacola, for Appellant.

Pamela Jo Bondi, Attorney General, David Llanes and Kathryn Lane, Assistant Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

RAY, BILBREY, and JAY, JJ., CONCUR.